JOHANNA ELESEN, Appellant, *v.* STEAMER AMERICANA, INC., Defendant, and MESECK STEAMBOAT CORPORATION, Respondent.

Argued January 19, 1940; decided February 27, 1940.

*Jacquin Frank* for appellant.
*Leo F. Hanan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.